

**NORTH CAROLINA WESTERN**

MEMORANDUM

**Date:** 9/3/2013

**To:** The Honorable Frank D. Whitney
Chief United States District Court Judge

**From:** Chelsey E. Padilla
United States Probation Officer

**Subject:** YOUNG, Anthony
Dkt. No. 3:07CR173-01
**REQUEST TO DESTROY SEIZED PROPERTY**

FILED
CHARLOTTE, NC

SEP 9 2013

US District Court
Western District of NC

On 11/02/2009, the defendant was sentenced pursuant to a conviction for Conspiracy to Defraud the US and Mail Fraud. He was ordered to serve 27 months imprisonment, followed by three (3) years of supervised release. His term of supervised release commenced on 12/19/2011. The following property was seized from the defendant during his supervision term: 1) An amount of marijuana; and 2) a pack of rolling papers. These items were seized from the defendant's person on 11/30/2012. Due to this violation, the defendant was removed from "low risk" supervision and returned to a general supervision caseload. It is respectfully requested that Your Honor authorize destruction of the aforementioned items.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7652, should you have any questions.

THE COURT ORDERS:

☑ Destroy Seized Property as Requested

☐ Do Not Destroy Seized Property

☐ Return Seized Property to the Defendant

_____     _____9/5/13_____
Signature of Judicial Officer                          Date