|          |                                      |                      |
|----------|--------------------------------------|----------------------|
| **To:**  | The Honorable Frank D. Whitney       |                      |
|          | U.S. District Court Judge            |                      |
| **From:**| John T. Holiday                      |                      |
|          | U.S. Probation Officer               |                      |
| **Subject:** | **Anthony Young**                | NORTH CAROLINA WESTERN |
|          | Case Number: 3:07CR000173- 001       | MEMORANDUM           |
|          | **OUT-OF-COUNTRY TRAVEL**            |                      |
| **Date:**| 1/6/2014                             |                      |

---

The above named individual was sentenced by Your Honor on 11/02/2009 for Count 1: Conspiracy to Defraud the United States; 18 U.S.C. 371, a Class D Felony, and Count 5: Mail Fraud and Aiding and Abetting the Same, 18 U.S.C. 1341 and 2, a Class B Felony, and sentenced to Count 1 & 5, 27 months imprisonment to run concurrently to be followed by a total of 3 years supervised release.  Special Conditions include: 1) $200.00 special assessment (paid); Restitution: $2,787,499.91 (Balance: $2,783,447.20).

On 12/19/2011 the defendant was released to his term of supervision to the Western District of North Carolina.  Mr. Young currently resides with his wife and has not been able to secure employment since his release.  The defendant was doing well on supervision and was moved to a low risk case load on 1/11/2012.  However, the defendant later tested postive for marijuana on 11/20/2012; therefore, he was moved back to a generalized case load and placed back on random urinaylsis testing.  Since that time the defendant has remained clean to date.

On 4/2/2013 Your Honor approved the defendant to travel on a cruise to the Bahamas for a family wedding and also to Aruba for a trip provided by his in-laws.  Mr Young is once again requesting to travel to Aruba 7/6/2014 - 7/13/2014 and to stay at the Aruba Marriot Resort.  This trip would be under the same circumstances as the trip which was approved previously.  The defendant would be a guest of his in-laws; therefore, the trip would cost a nominal amount of money.

Based on the Defendant's compliance at this time,  the U. S. Probation Office recommends authorization of travel with continued compliance.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7651, should you have any questions.

---

THE COURT ORDERS:

X  Permission to Travel Approved-based on continued compliance
☐  Permission to Travel Denied
☐  Other

Signed: 1/6/2014

Frank D. Whitney
Chief United States District Judge