UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:07CR173-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| ANTHONY YOUNG, | ) | |
| Defendant. | ) | |

UPON MOTION OF THE UNITED STATES OF AMERICA for a Final Determination of Restitution and for the reasons set forth in said Motion (Doc. No. 222), the Court hereby orders restitution imposed against the above-named Defendant in the amount of $2,787,499.91.

IT IS SO ORDERED.

Signed: December 22, 2016

Frank D. Whitney
Chief United States District Judge